```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -x
                                  :
UNITED STATES OF AMERICA          :
                                  :    INDICTMENT
        - v. -                    :
                                  :    07 Cr. ____
DENISE MATTHEW,                   :
    a/k/a "Denise Hatcher,"       :
    a/k/a "Denise Burgess,"       :
                                  :
              Defendant.          :
                                  :
- - - - - - - - - - - - - - - - -x
```

**07 CRIM. 451**

Judge Buchwald

COUNT ONE

The Grand Jury charges:

1. From on or about June 1, 1999, through on or about March 31, 2007, in the Southern District of New York and elsewhere, DENISE MATTHEW, a/k/a "Denise Hatcher," a/k/a "Denise Burgess," the defendant, unlawfully, willfully and knowingly, did embezzle, steal, purloin, and convert to her own use vouchers, money and things of value of the United States and a department and agency thereof, to wit, the United States Department of Housing and Urban Development ("HUD"), and did receive, conceal, and retain the same with intent to convert it to her own use and gain, knowing it to have been embezzled, stolen, purloined and converted, the value of which exceeded $1,000, to wit, MATTHEW



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

received federal housing subsidies, to which she was not entitled, through fraud and deceit.

(Title 18, United States Code, Section 641.)

_____
FOREPERSON

_____
MICHAEL J. GARCIA
United States Attorney

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

DENISE MATTHEW,
a/k/a "Denise Hatcher,"
a/k/a "Denise Burgess,"

Defendant.

**INDICTMENT**

07 Cr.

(18 U.S.C. § 641)

MICHAEL J. GARCIA
United States Attorney.

**A TRUE BILL**

_____
Foreperson.

5-21-07   Filed Indictment. Case assigned to Judge Buchwald.

Pitman
U.S.M.J.