USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/22/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
                                    :
UNITED STATES OF AMERICA            :
                                    :
       - v. -                       :
                                    :   07 Cr. 451____
DENISE MATTHEW,                     :
    a/k/a "Denise Hatcher,"         :
    a/k/a "Denise Burgess,"         :
                                    :
                Defendant.          :
                                    :
- - - - - - - - - - - - - - - - - -x

       Upon the application of the United States of America, by and through Assistant United States Attorney Chi T. Steve Kwok, it is found that the Government has requested an exclusion of time under the Speedy Trial Act, pursuant to Title 18, United States Code, Section 3161(h)(8)(A), from May 22, 2007 to May 24, 2007, the date for the arraignment and the initial pre-trial conference, in order to allow the Government to begin gathering discovery and for the defense to receive and review discovery produced by the Government;

       It is further found that the defendant, by and through his attorney, has consented to the Government's request for an exclusion of time;

       It is further found that the granting of such a continuance best serves the ends of justice and outweighs the best interest of the public and the defendant in a speedy trial;

Therefore, it is ORDERED that the request for an exclusion of time under the Speedy Trial Act from the date of this Order to May 24, 2007, is hereby GRANTED pursuant to Title 18, United States Code, Section 3161(h)(8)(A).

Dated:   New York, New York
         May 22, 2007

_____
THE HONORABLE NAOMI R. BUCHWALD
UNITED STATES DISTRICT JUDGE