MEMO ENDORSED

# Federal Defenders
## OF NEW YORK, INC.

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Southern District

Leonard F. Joy
*Executive Director*

Southern District of New York
John J. Byrnes
Attorney-in-Charge

June 25, 2007

BY FACSIMILE:

Honorable Naomi R. Buchwald
United States District Judge
Southern District of New York
500 Pearl Street,
New York, NY 10007



Re: **United States v. Denise Matthew**
    **07 CR 451 (NRB)**

Dear Judge Buchwald:

A status conference in the above-reference case is scheduled for June 27, 2007. I write this letter to request that the conference be adjourned to August 1, 2007, at 4:00 pm. I am in the process of submitting a **deferred prosecution** request to the United States Attorney's Office, and the extension would give me time to complete the request and for the Government to consider it. I have spoken with your Honor's law clerk and he has informed me that August 1, 2007, at 4:00 pm would be a convenient time for the Court. I have spoken to the Government and they consent to this request. I consent to exclusion of time under the Speedy Trial Act.

So Ordered.
*[signature]*
6/26/07

Respectfully Submitted,

By: *[signature]*
**Peter Tsapatsaris**
Federal Defenders of New York
Attorney for Defendant
**Denise Matthew**
52 Duane Street - 10th Floor
New York, New York 10007
Tel.: (212) 417-8713

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/27/07

Cc: Chi T. Steve Kwok, Esq.
    Assistant United States Attorney

TOTAL P.002