UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA                    :

       -v.-                                   :

DENISE MATTHEW,                              :        07 Cr. 451 (NRB)

       Defendant.                         :

- - - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/10/07

      Upon the application of the United States of America,
by and through Assistant United States Attorney Chi T. Steve
Kwok, it is found that the Government has requested an exclusion
of time under the Speedy Trial Act, pursuant to Title 18, United
States Code, Section 3161(h)(8)(A), from August 3, 2007, to
September 4, 2007, the date for the next pre-trial conference, in
order to allow the parties to continue their discussions
regarding a possible disposition of this matter;

      It is further found that the defendant, by and through
her attorney, has consented to the Government's request for an
exclusion of time;

      It is further found that the granting of such a
continuance best serves the ends of justice and outweighs the
best interest of the public and the defendant in a speedy trial;

Therefore, it is ORDERED that the request for an exclusion of time under the Speedy Trial Act from the date of this Order to September 6, 2007, is hereby GRANTED pursuant to Title 18, United States Code, Section 3161(h)(8)(A).

Dated:    New York, New York
              August 7, 2007

THE HONORABLE NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE