# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Leonard F. Joy
*Executive Director*

Southern District of New York
John J. Byrnes
*Attorney-in-Charge*

December 4, 2007

BY FACSIMILE (212) 805 7927

Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: United States v. Denise Mathew
07 Cr. 451 (NRB)

Hon. Judge Buchwald:

I write to request an adjournment of Denise Mathew's sentence date. Ms. Mathew's prior counsel (Peter Tsapataris) has recently left the Federal Defenders Office and Ms. Mathew's case has been re-assigned to me.

So that Ms. Mathews and I can meet and properly prepare for her sentence, I write to request a 45 day adjournment of Ms. Mathew's sentence date. Thank you.

Respectfully submitted,

Sabrina P. Shroff

*Endorsement*

The sentencing is adjourned until February 7, 2008 at 3 p.m.

So Ordered.

12/4/07