# Federal Defenders
## OF NEW YORK, INC.

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
Executive Director

Southern District
Southern District of New York
John J. Byrnes
Attorney-in-Charge



February 5, 2008

BY FACSIMILE: 212 805 7927

Honorable Naomi R. Buchwald
United States District Judge
Southern District of New York
500 Pearl Street,
New York, NY 10007

Re: **United States v. Denise Matthew**
07 CR 451 (NRB)

Dear Judge Buchwald:

The defendant is scheduled for sentence on February 7, 2008. I write this letter to request that Ms. Matthew's sentence date to adjourned by three weeks.

AUSA Kwok is currently at trial, and I need additional time to prepare Ms. Matthew for sentence.

Respectfully Submitted,

By: _____
Sabrina P. Shroff, Esq.
Federal Defenders of New York
Attorney for Defendant
**Denise Matthew**
52 Duane Street - 10th Floor
New York, New York 10007
Tel.: (212) 417-8713

*The sentencing is adjourned until March 11, 2008 at 3:30. So Ordered. 2/6/08*

Cc: Chi T. Steve Kwok, Esq.
Assistant United States Attorney

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/7/08

TOTAL P.002